UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| H. RICHARD AUSTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05-cv-00800 SNL |
| ) | |
| DOWNS, RACHLIN & MARTIN, and ) | |
| HAROLD EATON, EATON & HAYES, ) | |
| and GREGORY CLAYTON, ATEN, ) | |
| CLAYTON & EATON, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on Defendants Harold Eaton and Eaton & Hayes' ("Eaton") Motion to Stay (#26) filed December 1, 2005. Eaton requests that the Court stay Plaintiff's Motion for Summary Judgment (#25) until it rules on a previously filed Motion to Dismiss. The Court will grant this request.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Eaton's Motion to Stay (#26) be and is **GRANTED**. Plaintiff's Motion for Summary Judgment (#25) will be stayed until the Court rules on Defendants' Motion to Dismiss.

Dated this 8th day of December, 2005.

_____
UNITED STATES SENIOR DISTRICT JUDGE